UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Donald Garrison and Rosemarie Garrison,                    Civil No. 07-277 (PAM/JSM)

      Plaintiffs,

v.                                                                                    **ORDER FOR DISMISSAL**

Hoyle R. Burris, Watkins Motor Equipment,
Inc. and Watkins Motor Lines, Inc.

      Defendants and Third-Party Plaintiffs,

v.

Q.D. Cartage Co., Interpool, Inc. and Roman
Buczak,

      Third-Party Defendants.
_____

      On October 4, 20007, the parties above named jointly filed a Stipulation of Dismissal with Prejudice (Docket No. 24). Based on the Stipulation and pursuant to Federal Rules of Civil Procedure 41(a)(1), IT IS HEREBY ORDERED that:

      1. The claims asserted by Plaintiffs and Third-Party Plaintiffs are **DISMISSED with prejudice;** and

      2. Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                BY THE COURT

Dated: October 12, 2007                            s/Paul A. Magnuson_____
                                                    The Honorable Paul A. Magnuson
                                                    United States District Court Judge